# VedderPrice

Chicago
New York
Washington, DC
London
San Francisco
Los Angeles
Singapore
vedderprice.com

Daniel C. Green
+1 212 407 7735
dgreen@vedderprice.com

September 20, 2017

**VIA ECF**

Hon. Alison J. Nathan
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York  10007

Re:   Re: Citizens Asset Finance, Inc. v. Justice Aviation, LLC, et al., 17-CV-07115-AJN:
Letter Motion to Correct Complaint

Your Honor:

This firm represents the plaintiff Citizens Asset Finance, Inc. ("Citizens") in the above-captioned action.

I submit this letter motion pursuant to Local Civil Rule 7.1(d) in order to request permission to correct the Complaint filed by Citizens yesterday, September 19, 2017 [ECF Docket No. 1].

Due to clerical error, that submission omitted two of the Complaint's six exhibits.  Those exhibits are referred to in the body of the Complaint and are thus integral to it.

We therefore respectfully request that Citizens be permitted to correct its Complaint by submitting the two missing exhibits.

We thank Your Honor in advance for your consideration.

Respectfully submitted,

Daniel C. Green

1633 Broadway, 31st Floor  |  New York, New York 10019  |  T +1 212 407 7700  |  F +1 212 407 7799

Vedder Price P.C. is affiliated with Vedder Price LLP, which operates in England and Wales, Vedder Price (CA), LLP, which operates in California, and Vedder Price Pte. Ltd., which operates in Singapore.

NEWYORK/#477338.1