UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



---

Citizens Asset Finance, Inc.,

Plaintiff,

—v—

Justice Aviation, LLC, *et al.*,

Defendants.

---

17-CV-7115 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

According to the January 25, 2018 Civil Case Management Plan and Scheduling Order ("CMP") in the above-captioned matter, fact discovery is scheduled to close on May 14, 2018, with a post-discovery status conference scheduled for May 25, 2018.  In light of those deadlines, it is hereby ORDERED that by May 18, 2018, the parties shall meet and confer and submit a joint letter to the Court.  The joint letter shall:

1) Include a statement confirming that all fact discovery has been completed (the parties should not assume that the Court will grant any extensions);

2) Include a statement regarding the status of any settlement discussions and whether the parties would like a referral to the Magistrate Judge or the Court-annexed Mediation Program for settlement discussions;

3) Include a statement regarding whether any party intends to move for summary judgment on or before the deadline specified in the CMP; and

4) If no party intends to move for summary judgment, propose (a) a deadline for the submission of a joint final pre-trial order pursuant to Rule 5.A of the undersigned's Individual Practices in Civil Cases, and (b) potential trial dates.

SO ORDERED.

Dated: April 25, 2018
New York, New York

ALISON J. NATHAN
United States District Judge