UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Citizens Asset Finance, Inc.,

                Plaintiff,

–v–

Justice Aviation, LLC, *et al.*,

                Defendants.

17-CV-7115 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    For the reasons stated on the record at the June 19, 2018 conference, Plaintiff's Motion for Summary Judgment on its claims against Defendants is GRANTED with regards to liability.

    Judgment is entered on Count II, Plaintiff's claim on the breach of the guaranty, in the amount of $2,438,015.16. Defendants' counterclaim, and issues with respect to the damages calculation of Count I, the breach of the loan documents, remain pending. The Court will fully resolve the Motion for Summary Judgment in due course.

    The Court considers Plaintiff's and Defendants' arguments on the Motion to Dismiss the counterclaim incorporated into the summary judgment argument on the same issue. Accordingly, the Motion to Dismiss the counterclaim is administratively DENIED. This resolves Dkt. No. 31.

    SO ORDERED.

Dated: June ___, 2018
       New York, New York

                                  _____
                                  ALISON J. NATHAN
                                  United States District Judge