

# Zielke Law Firm, PLLC

462 S. 4TH STREET
SUITE 1250
LOUISVILLE, KY
40202-3465
(502) 589-4600
WWW.ZIELKEFIRM.COM

JOHN H. DWYER, JR
jdwyer@zielkefirm.com
(502) 214-3140

July 3, 2018

**Via ECF**

Hon. Alison J. Nathan
United States District Court
Southern District of New York
40 Foley Square, Room 2102
New York, NY 10007

Re: *Citizens Asset Finance, Inc. v. Justice Aviation, LLC, et al.*, Case No. 1:17-cv-07115-AJN

Judge Nathan:

At the June 19 post-discovery conference, the Court ordered the parties to advise the Court whether they wished to be referred to the magistrate judge for mediation. The parties have conferred and jointly advise the Court that they do not wish a referral to the magistrate for mediation.

Respectfully submitted,

John H. Dwyer, Jr.

JHD/bgb

cc (via ECF):

Laurence J. Zielke

Daniel C. Green
VEDDER PRICE P.C.
1633 Broadway, 47th Floor
New York, NY 10019

Douglas J. Lipke
 (*pro hac vice* admitted)
William W. Thorsness
 (*pro hac vice* admitted)
222 North LaSalle Street, Suite 2600
Chicago, IL 60601