UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CITIZENS ASSET FINANCE, INC.,

        Plaintiff,

-against-

JUSTICE AVIATION, LLC, JAMES C. JUSTICE, II and JAMES C. JUSTICE COMPANIES, INC.,

        Defendants.

---

JUSTICE AVIATION, LLC,

        Counterclaim Plaintiff,

-against-

---

CITIZENS ASSET FINANCE, INC.,

        Counterclaim Defendant.

---

Case No. 1:17-cv-07115

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: NOV 0 1 2018

SO ORDERED. 11/1/18

_____
HON. ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE

## STIPULATION FOR ENTRY OF CONSENT JUDGMENT AND OF PARTIAL DISMISSAL

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned attorneys for all parties who have appeared herein that:

1.    Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Count III of the Amended Complaint (Docket No. 15) filed by plaintiff/counterclaim defendant Citizens Asset Finance, Inc. ("Citizens Asset Finance") shall be and hereby is dismissed with prejudice as against defendant James C. Justice Companies, Inc. and defendant/counterclaim plaintiff Justice Aviation LLC ("Justice Aviation"); [So ordered]

-2-

2. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the Counterclaim of Justice Aviation, set forth in the Answer of All Defendants and the Counterclaim of Justice Aviation LLC (Docket No. 30) shall be and hereby is dismissed with prejudice as against Citizens Asset Finance; and

] So ordered

3. Pursuant to Fed. R. Civ. P. 54 and 58, the parties jointly request the immediate entry of the Final Consent Judgment annexed as Exhibit A hereto, which Judgment is in favor of Citizens Asset Finance and against Justice Aviation (on Count I of the Amended Complaint) and against defendant James C. Justice, II (on Count II of the Amended Complaint), in the amount of $2,550,000.00, inclusive of attorneys' fees and costs through September __, 2018, plus 1) post-judgment interest at the statutory rate, and 2) any attorneys' fees and costs incurred by Citizens Asset Finance in connection with enforcing its rights and remedies under such Final Consent Judgment.

-3-

| THE ZIELKE LAW FIRM | VEDDER PRICE P.C. |
|---|---|
| By: /s/ John H. Dwyer, Jr<br>Laurence J. Zielke<br>(admitted *pro hac vice*)<br>lzielke@zielkefirm.com<br>John H. Dwyer, Jr.<br>(admitted *pro hac vice*)<br>jdwyer@zielkefirm.com<br>462 South 4th Street, Suite 1250<br>Louisville, Kentucky 40202<br>T: +1 502 589 4600<br>F: +1 502 554 0422 | By: /s/ Daniel C. Green<br>Daniel C. Green<br>dgreen@vedderprice.com<br>1633 Broadway, 31st Floor<br>New York, New York 10019<br>T: +1 212 407 7700<br>F: +1 212 407 7799<br><br>Douglas J. Lipke<br>(admitted *pro hac vice*)<br>dlipke@vedderprice.com<br>William W. Thorsness<br>(admitted *pro hac vice*)<br>wthorsness@vedderprice.com<br>222 North LaSalle Street, Suite 2600<br>Chicago, Illinois 60601<br>T: +1 312 609 7500<br>F: +1 312 609 5005 |
| *Attorneys for Defendant/Counterclaim Plaintiff Justice Aviation, LLC and Defendants James C. Justice, II and James C. Justice Companies, Inc.* | *Attorneys for Plaintiff/Counterclaim Defendant Citizens Asset Finance, Inc.* |